IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-01996-ZLW-KLM

ASSOCIATION OF HOMEOWNERS FOR OPEN ACCOUNTABLE GOVERNMENT,
a Colorado unincorporated nonprofit association,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS, State of Colorado;
ROBERT D. CONEY, in his official capacity as Director of the Department of Planning and Development for Adams County, State of Colorado; and
ABEL MONTOYA, in his official capacity as Acting Director of the Department of Planning and Development for Adams County, State of Colorado,

      Defendants.

## ORDER

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 26th day of August, 2009.

                      BY THE COURT:

                      _____
                      ZITA L. WEINSHIENK, Senior Judge
                      United States District Court