IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01996-DME-KLM

ASSOCIATION OF HOMEOWNERS FOR OPEN ACCOUNTABLE GOVERNMENT,
a Colorado unincorporated nonprofit association,

       Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS, State of Colorado; ROBERT D. CONEY, in his official capacity as Director of the Department of Planning and Development for Adams County, State of Colorado; and ABEL MONTOYA, in his official capacity as Acting Director of the Department of Planning and Development for Adams County, State of Colorado,

       Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Stipulated Motion to Dismiss.  The Court has considered this subject motion and believes itself fully advised.

IT IS ORDERED THAT the stipulated motion of the parties is GRANTED.

IT IS FURTHER ORDERED that this civil action is dismissed with prejudice. Each party shall pay its own costs and attorneys' fees.

    Dated:  October 2, 2009

                                                           BY THE COURT:

                                                           *s/ David M. Ebel*

                                                           UNITED STATES CIRCUIT JUDGE